UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBI WILSON, on behalf of himself and all others similarly situated,

                       Plaintiff,

     v.

AARGON AGENCY, INC. and JOHN DOES 1-25,

                       Defendants.

**ORDER**

19 Civ. 11563 (ER)

RAMOS, D.J.

      On December 17, 2019, Jacobi Wilson filed a proposed class action against Aargon Agency, Inc. ("Aargon") and John Does 1-25 (the "John Doe Defendants") alleging violation of the Fair Debt Collection Practices Act.  Doc. 1.  On March 12, 2020, the parties notified the Court that they had reached a settlement.  Doc. 14.  On March 27, 2020, the parties stipulated to dismiss the action against Aargon.  Doc. 17.  The Court now directs Plaintiff to submit a status report regarding the John Doe Defendants by **February 2, 2021**.  Failure to comply with Court orders may result in sanctions, including dismissal pursuant to Fed. R. Civ. P. 4(m).

      It is SO ORDERED.

Dated: January 19, 2021
       New York, New York

                                                       Edgardo Ramos, U.S.D.J.